MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Acting Chief, Criminal Division

CYNTHIA M. FREY (CABN 150571)
Assistant United States Attorney
   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone:  (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: cynthia.frey@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0480 MMC |
| Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE |
| v. ) | |
| MICHAEL R. BOLTZ, ) | Current Date: November 17, 2010<br>Time: 2:30 p.m. |
| Defendant. ) | Proposed Date: December 8, 2010<br>Time: 2:30 p.m. |

On October 27, 2010, this Court set this matter for a further status conference on November 17, 2010, in order to allow the parties to inquire into appropriate treatment programs for the defendant as part of an ultimate disposition of this matter.  The United States Probation Officer has informed the parties that certain programs are not available and that further time is needed to find an appropriate program.  Accordingly, defense counsel has requested that this matter be set for December 8, 2010.  The government has no objection and is informed that the United States Probation Officer, Daniel Zurita, has no objections.

//

//

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 10-0480 MMC

The parties agree that rescheduling the status conference is appropriate and stipulate to have the status conference set for December 8, 2010.

IT IS SO STIPULATED.

DATED: November 12, 2010                     /s/
                                            CYNTHIA M. FREY
                                            Assistant United States Attorney

DATED: November 12, 2010                     /s/
                                            GAIL SHIFMAN
                                            Attorney for MICHAEL R. BOLTZ

Based upon the above and for good cause shown, the date scheduled for the status conference for defendant, Michael R. Boltz, currently scheduled for November 17, 2010, is vacated and is now scheduled for December 8, 2010 at 2:30 p.m.

IT IS SO ORDERED.


DATED: November 15, 2010                    _____
                                            MAXINE M. CHESNEY
                                            United States District Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE
CR 10-0480 MMC