*(CAN Rev. 09/13)*
AO 245B (Rev. 09/11) Judgment in Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br> v. <br> **MICHAEL BOLTZ** | ) AMENDED JUDGMENT IN A CRIMINAL CASE <br> ) (For **Revocation** of Probation or Supervised Release) <br> ) <br> ) USDC Case Number: 0971 3:10CR00480-001 MMC <br> ) BOP Case Number: <br> ) USM Number: 14103-006 <br> ) Defendant's Attorney: Gail R. Shifman |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) Special conditions 2, 5, Standard Conditions 2, 7 of the term of supervision.
☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| One | Failed to attend substance abuse treatment | 10/24/2013 |
| Two | Failed to attend substance abuse testing | 9/20/2013 |
| Three | Failed to refrain from the use of a controlled substance | 10/7/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.
☑ Charge 7 was dismissed pursuant to the government's motion.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4472

Defendant's Year of Birth: 1967

City and State of Defendant's Residence:
Fremont, California 94538

1/8/2014
Date of Imposition of Judgment

*/s/ Maxine M. Chesney*
Signature of Judge
The Honorable Maxine M. Chesney
Senior United States District Judge
Name & Title of Judge

1/29/2014
Date

AO 245B   (Rev. 09/11) Judgment in Criminal Case for Revocations
Sheet 1A

DEFENDANT: MICHAEL BOLTZ
CASE NUMBER: 0971 3:10CR00480-001 MMC

Judgment - Page  2  of  3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| Four | Failed to report to the probation officer | 10/28/2013 |
| Five | Failed to report to the probation officer | 11/7/2013 |
| Six | Failed to pay restitution | 12/3/2013 |

DEFENDANT:  MICHAEL BOLTZ
CASE NUMBER:  0971 3:10CR00480-001 MMC

Judgment - Page  3  of  3

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
Twelve months and one day.

☑ The Court makes the following recommendations to the Bureau of Prisons:

The defendant be placed in a facility as close as possible to the San Francisco Bay Area to allow for visits from family.

☑ The defendant is remanded to the custody of the United States Marshal.  The appearance bond is hereby exonerated.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ am ☐ pm on _____ (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ at _____ am   pm on _____ (no later than 2:00 pm).

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

   The appearance bond shall be deemed exonerated upon the surrender of the defendant.

# RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at
_____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL